**Opinion issued August 26, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00098-CV

———————————

**STEALTH ONSITE SOLUTIONS LLC, Appellant**

**V.**

**CROSS ROADS OIL FIELD SUPPLY, LTD, Appellee**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-37791**

---

## MEMORANDUM OPINION

Appellant, Stealth Onsite Solutions LLC, filed a notice of appeal from the trial court's November 11, 2024 final judgment. Appellant has neither paid the required fees nor established indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b),

51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On March 4, 2025, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by April 3, 2025. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Further, appellant has not paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b). On March 13, 2025, appellant was notified that this appeal was subject to dismissal if appellant did not submit written evidence that appellant had paid or made arrangements to pay the fee for the preparation of the clerk's record by April 14, 2025. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.